**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Guillermo LOPEZ–MORALES,**
**Defendant—Appellant.**

**No. 07–30188.**

United States Court of Appeals,
Ninth Circuit.

---

**32**

Submitted Aug. 26, 2008.*

Filed Aug. 29, 2008.

Russell E. Smoot, Esq., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Beth M. Bollinger, Esq., Attorney at Law, Spokane, WA, for Defendant–Appellant.

Before: T.G. NELSON, HAWKINS, and BYBEE, Circuit Judges.

## MEMORANDUM **

Guillermo Lopez–Morales ("Lopez") appeals his convictions for conspiracy to distribute controlled substances, *see* 21 U.S.C. §§ 841, 846, and use of a communication facility in furtherance of a controlled-substance offense. *See* 21 U.S.C. § 843(b). We affirm the conviction.

Although the indictment conjunctively charged Lopez with conspiring to distribute cocaine *and* methamphetamine, the district court did not constructively amend or prejudicially vary the indictment by instructing the jury that Lopez could be found guilty if he conspired to· distribute *either* cocaine *or* methamphetamine. *See United States v. Miller,* 471 U.S. 130, 136, 105 S.Ct. 1811, 85 L.Ed.2d 99 (1985); *United States v. Toliver,* 351 F.3d 423, 430 (9th Cir.2003); *United States v. Booth,* 309 F.3d 566, 572 (9th Cir.2002).

Similarly, the district court did not err by not including a specific reference to

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Washington in the jury instructions. Lopez contends that this omission allowed the jury to convict him based on a different conspiracy than that charged in the indictment. But even assuming the government proved multiple conspiracies, rather than the single conspiracy charged in the indictment, Lopez failed to demonstrate prejudice. *See United States v. Morse*, 785 F.2d 771, 774–75 (9th Cir.1986).

We decline to reach Lopez' ineffective assistance claim because the record is not sufficiently developed for review of this issue. *See United States v. Sager*, 227 F.3d 1138, 1149 (9th Cir.2000).

We have considered Lopez' remaining contentions and find them without merit.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.